## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**
JUDGE

5614 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7620

May 31, 2002

### NOTICE

Re:    ***Dowling v. The Home Depot, et al.***
       **Docket No. 02-cv-3181**

Judge Schiller has scheduled the above-referenced case for a **status conference** for **Thursday, June 6, 2002** at **10:30 P.M.** in his chambers, **Room 5614**.

Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at  http:www.paed.uscourts.gov. You should review the Scheduling Policy Statement before completing the Conference Information Report.  Please bring the completed Conference Information Report with you to the Rule 16 Conference.

At the close of the conference, you will receive an Order from Judge Schiller that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference

Very truly yours,

Patricia A. Callahan
Deputy Clerk to
Hon. Berle M. Schiller
(267)299-7621