IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACEY DOWLING, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 02-CV-3181 |
| : | |
| vs. : | CIVIL ACTION |
| : | |
| THE HOME DEPOT, : | **CERTIFICATION OF FILING AND** |
| : | **SERVICE** |
| Defendant. : | |

      I hereby certify that, on behalf of defendant Home Depot U.S.A., Inc., I caused a copy of the following:

1. Defendant Home Depot's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(b);

2. Defendant Home Depot's Brief in Support of its Motion for Summary Judgment;

3. Certification of Dean Drakis, dated November 6, 2002;

4. Certification of Patrick G. Brady, Esq., dated November 7, 2002;

5. Proposed form of Order Granting Summary Judgment; and this

6. Certification of Filing and Service.

to be served this date upon:

      Joseph J. Bell, Esq.
      Joseph J. Bell & Associates
      40 Bloomfield Avenue
      Denville, New Jersey 07834
      Attorneys for Plaintiff

by Hand Delivery.

      I further certify that I have caused this date to be filed the original and one (1)

copy of the aforesaid documents with:

>Michael E. Kunz, Clerk of Court
>United States District Court
>   for the Eastern District of Pennsylvania
>U.S. Courthouse
>601 Market Street, Room 2609
>Philadelphia, PA 19106-1797

by Hand Delivery.

_____
CLARA H. RHO

Dated: November 8, 2002