IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACEY DOWLING, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.  02-CV-3181 |
| : | |
| vs. : | CIVIL ACTION |
| : | |
| THE HOME DEPOT, : | **CERTIFICATION OF FILING AND** |
| : | **SERVICE** |
| Defendant. : | |
| : | |

    I hereby certify that, on behalf of defendant Home Depot U.S.A., Inc., I caused a copy of the following:

  1.  Defendant Home Depot's Motion for Leave to File Reply Papers in Further Support of Defendant's Motion for Summary Judgment;

  2.  Proposed form of Order; and this

  3.  Certification of Filing and Service.

to be served this date upon:

  Joseph J. Bell, Esq.
  Joseph J. Bell & Associates
  40 Bloomfield Avenue
  Denville, New Jersey 07834
  Attorneys for Plaintiff

by Overnight Mail.

    I further certify that I have caused this date to be filed the original and one (1) copy of the aforesaid documents with:

        Michael E. Kunz, Clerk of Court
        United States District Court
            for the Eastern District of Pennsylvania
        U.S. Courthouse
        601 Market Street, Room 2609
        Philadelphia, PA 19106-1797

by Overnight Mail.

                                                    _____
                                                     CLARA H. RHO
Dated: December 3, 2002