IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**PATRICK G. BRADY, ESQ. (PB-6513)**
CARPENTER, BENNETT & MORRISSEY
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
Attorneys for Defendant
Home Depot U.S.A., Inc.

| | | |
|---|---|---|
| TRACEY DOWLING, | : | CIVIL ACTION NO. 02-CV-3181 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | **REPLY CERTIFICATION OF PATRICK** |
| | : | **G. BRADY, ESQ. IN FURTHER** |
| THE HOME DEPOT, | : | **SUPPORT OF DEFENDANT'S** |
| | : | **MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | : | |
| | : | |

I, PATRICK G. BRADY, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Carpenter, Bennett & Morrissey, attorneys for defendant Home Depot U.S.A., Inc. ("Home Depot") in this matter. I submit this Reply Certification in further support of Home Depot's Motion for Summary Judgment to dismiss plaintiff Tracey Dowling's Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of pertinent excerpts from the deposition of Amy Booe taken on September 25, 2002.

3. Attached hereto as Exhibit 2 is a true and correct copy of the statement prepared by Jan Baughman, dated July 17, 1999, which was produced to plaintiff and identified by defendant in discovery as Bates No. HD 01814-01816, and marked as Exhibit Booe-5 during Amy Booe's deposition.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Scheduling Order of the Honorable Berle M. Schiller, U.S.D.J., dated June 7, 2002.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of December, 2002.

                                                                                                                  PATRICK G. BRADY