IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY DOWLING, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 02-CV-3181 |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | |
| THE HOME DEPOT, | : | **CERTIFICATION OF FILING AND** |
| | : | **SERVICE** |
| Defendant. | : | |

I hereby certify that, on behalf of defendant Home Depot U.S.A., Inc., I caused a copy of the following:

1. Defendant Home Depot's Reply Brief in Further Support of Its Motion for Summary Judgment;

2. Certification of Patricia Singelyn, dated December 12, 2002;

3. Reply Certification of Patrick G. Brady, Esq., dated December 12, 2002; and

4. Certification of Filing and Service.

to be served this date upon:

Joseph J. Bell, Esq.
Joseph J. Bell & Associates
40 Bloomfield Avenue
Denville, New Jersey 07834
Attorneys for Plaintiff

by Hand Delivery.

I further certify that I have caused this date to be filed the original and one (1) copy of the aforesaid documents with:

> Michael E. Kunz, Clerk of Court
> United States District Court
>     for the Eastern District of Pennsylvania
> U.S. Courthouse
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

by Hand Delivery.

_____
CLARA H. RHO

Dated: December 13, 2002