IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY DOWLING | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| THE HOME DEPOT | : | NO. 02-CV-3181 |

**O R D E R**

AND NOW, this            day of                      , 2003, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Jacob P. Hart, for the purposes of conducting a **SETTLEMENT CONFERENCE**.  Counsel shall contact Judge Hart's chambers (215-597-2733) within one week of the date of this Order to schedule a conference at Judge Hart's convenience.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

COPIES FAXED TO:
JUDGE JACOB P. HART  215-580-2163